IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JAMES BRADLEY | § | |
| | § | |
| V. | § | Civil No. 2-04CV-092-J |
| | § | |
| CHEVRON U.S.A. INC. dba | § | |
| CHEVRONTEXACO | § | |

## DEFENDANT'S ORIGINAL ANSWER

TO THE UNITED STATES DISTRICT COURT:

CHEVRON U.S.A. INC. dba CHEVRONTEXACO ("Chevron"), Defendant herein, files this Original Answer respectfully showing the Court as follows:

### Original Answer

1. The allegations of Paragraph 1 of Plaintiff's Original Petition do not require an answer by Chevron.

2. Chevron admits the allegations contained in Paragraph 2 of Plaintiff's Original Petition.

3. Chevron denies the allegations contained in Paragraph 3 of Plaintiff's Original Petition.

4. Chevron denies the allegations contained in Paragraph 4 of Plaintiff's Original Petition.

5. Chevron denies the allegations contained in Paragraph 5 of Plaintiff's Original Petition.

6. Chevron denies the allegations contained in Paragraph 6 of Plaintiff's Original Petition.

7. Chevron denies the allegations contained in Paragraph 7 of Plaintiff's Original Petition.

8. Chevron denies the allegations contained in Paragraph 8 of Plaintiff's Original Petition.

9. Chevron denies the allegations contained in Paragraph 9 of Plaintiff's Original Petition.

10. Chevron denies the allegations contained in Paragraph 10 of Plaintiff's Original Petition.

11. Chevron denies the allegations contained in Paragraph 11 of Plaintiff's Original Petition.

12. Chevron denies the allegations contained in Paragraph 12 and sub-parts (a) through (d) of Plaintiff's Original Petition.

13. Chevron denies the allegations contained in Paragraph 13 of Plaintiff's Original Petition.

14. Chevron denies the allegations contained in Paragraph 14 of Plaintiff's Original Petition.

15. Chevron denies the allegations contained in Paragraph 15 of Plaintiff's Original Petition.

16. Chevron denies the allegations contained in Paragraph 16 of Plaintiff's Original Petition.

17. Chevron denies the allegations contained in Paragraph 17 of Plaintiff's Original Petition.

18. Chevron denies the allegations contained in Paragraph 18 of Plaintiff's Original Petition.

19. Chevron denies the allegations contained in Paragraph 19 of Plaintiff's Original Petition.

20. Chevron denies the allegations contained in Paragraph 20 of Plaintiff's Original Petition.

21. Chevron denies the allegations contained in Paragraph 21 of Plaintiff's Original Petition.

22. Chevron denies the allegations contained in Paragraph 22 of Plaintiff's Original Petition.

23. Chevron denies the allegations contained in Paragraph 23 of Plaintiff's Original Petition.

24. Chevron denies the allegations contained in Paragraph 24 of Plaintiff's Original Petition.

25. Chevron denies the allegations contained in Paragraph 25 of Plaintiff's Original Petition.

26. Chevron denies the allegations contained in Paragraph 26 of Plaintiff's Original Petition.

27. Chevron denies the allegations contained in Paragraph 27 and sub-parts (a) through (c) of Plaintiff's Original Petition.

28. Chevron denies the allegations of the relief sought in the prayer for relief.

### Affirmative Defenses

Chevron asserts the following affirmative defenses in this action:

1. Plaintiff's petition as a whole fails to state a cause of action on which relief can be granted against Chevron under any theory.

2. Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitations.

3. Plaintiff has not mitigated his damages.

WHEREFORE, PREMISES CONSIDERED, Defendant Chevron U.S.A. Inc. dba ChevronTexaco prays that Plaintiff taken nothing by his claims against Chevron and for such other and further relief whether at law or in equity which Chevron may be justly entitled.

Respectfully submitted,

**LYNCH, CHAPPELL & ALSUP**
A Professional Corporation
300 North Marienfeld, Suite 700
Midland, Texas 79701
(915) 683-3351
(915) 683-2587 FAX

By: _____
Harper Estes
State Bar No. 06675400

Scott M. Kidwell
State Bar No. 00784389

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on this ___14th___ day of April, 2004, a true and correct copy of the above and foregoing document was served via certified mail, return receipt requested, on:

J. A. Martindale
Attorney at Law
Post Office Box 1017
Pampa, Texas 79066

John Mann
Attorney at Law
115 West Foster
Pampa, Texas 79065

_____
Harper Estes

-I \CFONTENO\smk\chevron\bradley\answer01 wpd